ACCEPTED
15-25-00005-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/6/2026 10:58 AM
CHRISTOPHER A. PRINE
CLERK

7020 N 16th Street
McAllen, Texas 78504

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

1/6/2026 10:58:39 AM

CHRISTOPHER A. PRINE
Clerk

Fifteenth Court of Appeals
300 W 15th Street, Ste. 607
Austin, Texas 78701

January 6, 2026

Re:  15-25-00005-CV, Johnny Partain v. State of Texas

Appeals Clerk;

On January 5, 2026, the Travis County District Clerk filed a Supplemental Record in cause no. 15-25-00005-CV, Johnny Partain v. State of Texas.  I need an electronic copy of that Supplemental Record to be able to reference the document numbers.  Please send a copy of it to me at partain@atlastechnologies.biz.  If there is anything you need from me to complete this process, please let me know.

Thank you,

Johnny Partain
956-240-1821